UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LIVERNOIS, <br> Plaintiff, <br> v. <br> NATIONAL STEEL AND SHIPBUILDING COMPANY, et al., <br> Defendants. | Case No. 19-cv-02277-JSC <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the Court refers the above-entitled case to the Honorable Saundra Brown Armstrong for consideration of whether the case is related to *Livernois v. Fryer-Knowles, Inc.*, No. 18-cv-03735-SBA. Defendant National Steel and Shipbuilding Company's ("NSSC") notice of removal asserts that it was an original defendant in the earlier action before Judge Armstrong, which was brought by the same plaintiff, and NSSC "respectfully suggests that this remov[ed] case should be assigned" to Judge Armstrong as well. (Dkt. No. 1 at 2 n.1.)

**IT IS SO ORDERED.**

Dated: April 30, 2019

JACQUELINE SCOTT CORLEY
United States Magistrate Judge